**Electronically Filed
Supreme Court
SCWC-13-0000401
11-DEC-2014
08:02 AM**

SCWC-13-0000401

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

SCOTT A. ABREGANO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000401; FC-CR NO. 12-1-1963)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

        Petitioner/Defendant-Appellant Scott A. Abregano's

application for writ of certiorari filed on October 27, 2014, is

hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding

scheduling.

        DATED:  Honolulu, Hawaiʻi, December 11, 2014.

James S. Tabe                   /s/ Mark E. Recktenwald
for petitioner

                                /s/ Paula A. Nakayama
Loren J. Thomas
for respondent                  /s/ Sabrina S. McKenna

                                /s/ Richard W. Pollack

                                /s/ Michael D. Wilson

